# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COLTON BRAUER, etc., *et al.*, | )<br>) |
| Plaintiff, | ) 2:10-cv-0283-LDG-RJJ<br>) |
| vs. | )<br>) |
| PENSKE TRUCK LEASING CO., etc., *et al.*, | ) **ORDER**<br>) |
| Defendant. | )<br>) |
| AND RELATED COUNTERCLAIM. | )<br>) |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on September 13, 2010, and November 1, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  20th  day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge