# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLTON BRAUER and NICOLE BRAUER, aka NICOLE WIGGIN, <br><br> Plaintiffs, <br><br> vs. <br><br> PENSKE TRUCK LEASING CO., *et al.*, <br><br> Defendants. | Case No. 2:10-cv-283-LDG-GWF <br><br> **ORDER** <br><br> Motion to Withdraw as Counsel (#48) |

This matter comes before the Court on D. Kevin DeGraw, Esq.'s Motion to Withdraw as Counsel of Record Without Substitution (#48), filed on December 5, 2011.  Mr. DeGraw wishes to withdraw as counsel because Plaintiffs Colton Brauer and Nicole Brauer no longer want to retain him as counsel, and Mr. DeGraw wishes to retire from the practice of law.  No opposition was filed to this motion, and the time for opposition has now expired.  The Court finds that good cause exists to allow Mr. DeGraw's withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that D. Kevin DeGraw, Esq.'s Motion to Withdraw as Counsel of Record Without Substitution (#48) is **granted**.  Plaintiffs shall have until **January 20, 2012**, to advise the Court if they will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Colton Brauer and Nicole Brauer (Wiggin) to the civil docket:

**Colton Brauer**
223 Golden Eagle Circle
St. George, Utah 84770

**Nicole Brauer**
1851 N. Green Valley Parkway, #2024
Henderson, Nevada 89074

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiffs with a copy of this order at her last known addresses listed above.

DATED this 27th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge