# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COLTON BRAUER,

    Plaintiff,

v.

PENSKE TRUCK LEASING CO., LIMITED PARTNERSHIP, *et al.*,

    Defendants.

Case No. 2:10-cv-00283-LDG (GWF)

**ORDER**

    THE COURT **ORDERS** that Defendant Penske Truck Leasing Company, L.P.'s Motion for Attorney's Fees Pursuant to Federal Rule of Civil Procedure 54(d) (#51) is DENIED;

    THE COURT FURTHER **ORDERS** that Plaintiffs Colton and Nicole Brauers' Countermotion for Attorney's Fees and Reimbursement of Costs Against Plaintiffs' Former Counsel Under FRCP Rule 54(d) (#58) is DENIED.

DATED this 17 day of August, 2012.

Lloyd D. George
United States District Judge